# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 99-30435
_____

## JOHN W. CHANEY,

**Plaintiff-Appellant,**

**versus**

## HOBART INTERNATIONAL, INC.; ET AL,

**Defendants,**

## HOBART CORPORATION, incorrectly named as
## Hobart International, Inc.,

**Defendant-Appellee.**

_____

### Appeal from the United States District Court
### for the Eastern District of Louisiana
### 98-CV-665-F
_____

## December 14, 1999

**Before JONES, BARKSDALE, and DENNIS, Circuit Judges:**

**PER CURIAM:**[*]

AFFIRMED. See 5th Circuit Rule 47.6.

---

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.